

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00010-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO POLICE OFFICERS ASSOCIATION**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17585
Honorable Martha B. Tanner, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  September 21, 2016

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the appellant.

PER CURIAM